IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MADISON ANDREWS, THOMAS EARL ANDREWS, and THOMAS E. ANDREWS<br><br>Plaintiffs,<br><br>v.<br><br>RUTHELLEN SHEFLIN-ANDREWS, et al.,<br><br>Defendants. | ORDER ADOPTING IN PART REPORT AND RECOMMENDATION<br><br><br>Case No. 2:20-cv-00667-JNP<br><br>District Judge Jill N. Parrish |

The plaintiffs in this case, Madison Andrews, Thomas Earl Andrews, and Thomas E. Andrews, filed motions for leave to proceed in forma pauperis. ECF Nos. 1, 2, 3. Magistrate Judge Bennett issued a Report and Recommendation on the motions. ECF No. 5. He recommended that this court deny the motions to proceed in forma pauperis and allow the plaintiffs 14 days to pay the filing fee for this action. Thomas E Andrew responded to the Report and Recommendation. He stated that he did not oppose Judge Bennett's recommendation to deny the motions, but he requested 60 days to pay the filing fee. The other plaintiffs did not object to the Report and Recommendation.

The court ADOPTS IN PART the Report and Recommendation. Because no plaintiff objected to the report, the court DENIES each of the motions to proceed in forma pauperis. ECF Nos. 1, 2, 3. But the court shall allow the plaintiffs additional time to pay the filing fee for this action. The plaintiffs shall have until **February 12, 2021** to pay the fee. If they fail to pay the fee in full by this date, the court shall dismiss this action.

DATED December 23, 2020.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge